# Exhibit B



WILLIAMS COLLEGE

# Adjudicating Misconduct Cases at Williams:

Sexual Assault, Dating Violence, Stalking, and Retaliation

## Williams

WMS11722

# Today's objectives

- By the end of today, you'll be able to
  - Identify key elements of decision-making in student conduct cases
  - Analyze fact patterns and apply them to the Williams code of conduct

WMS11723

# Introductions: Who Are You?

- Your name
- Your role at Williams
- Your favorite thing about Williams



WMS11724

# Ground rules

- Create a space for learning
- Own your perspective and experience
- Step up, step back
- Share the learning, not the details
  - A note on confidentiality

4



# UNDERSTANDING STALKING

Williams

WMS11726

# Prevalence of Stalking: Colleges

- Rates of stalking among college students exceed the prevalence rates found in the general population
  - 27% of women, 15% of men (Fremouw et al., 1997)
  - 25% of women, 11% of men (Bjerregaard, 2000)
  - 18-24 year olds experience the highest rates of stalking of any age group

6



WMS11728

# Understanding Stalking: Context



WMS11729



# Common stalking behaviors

Frequency

- Leaving unwanted presents
- Waiting for victim
- Showing up places
- Unwanted letters or email
- Following or spying
- Spreading rumors
- Unwanted calls or messages

Stalking Victimization in the U.S., BJS (2009)

Also, system harassment (trying to get victim in trouble for something, violating orders of protection, using third parties to get information about the victim, vandalism, theft, etc.)

9

WMS11730

# Uses of technology to stalk

- Phones (calls, texts, messaging apps)
- Cameras
- GPS and location-based services
- Computers
- Spyware
- Email
- Social networking sites

-Part of almost all stalking cases in some capacity
-Doesn't CAUSE, but definitely facilitates (makes much easier to do what they were going to do anyway)

10

WMS11731

# 2015 EPHCASA

Has this happened to you in your time at Williams?

- Been stalked, followed, or received repeated unwanted messages, texts, emails, etc. from someone that made you uncomfortable

WMS11732

# 2015 EPHCASA

| Experience | Female (N=761) | Male (N=579) | Trans/Non-Binary |
|---|---|---|---|
| Stalking | 23%<br>(74% of those since<br>coming to Williams) | 11%<br>(69% of those since<br>coming to Williams) | 21.1%<br>(50% of those since<br>coming to Williams) |

12

WMS11733

# Social normalization of stalking, generally

- Stalking=love, affection, commitment, high level of interest
- Persistence pays off
- Stalking is funny

WMS11734

# Social normalization of stalking, at Williams

- Access: an isolated environment, closed off
  - Shared spaces (dining halls, athletic facilities), routines
  - Hard to differentiate "accidental" contact
- The person doing the stalking is a kind and decent person, who is perhaps socially unskilled or whose motivation is otherwise misunderstood

WMS11735

# Williams Code of Conduct

- **Stalking:** A pattern of conduct directed at a specific person that would cause a reasonable person to feel fear, or to fear for the health or safety of a person they are close to, such as a friend or family member. Stalking behaviors can include but are not limited to:
  - non-consensual communication (including in person, phone calls, messages, gifts, etc.)
  - following, pursuing, waiting, or showing up uninvited at a workplace, place of residence, classroom, or other locations frequented by the victim
  - surveillance or other types of observation, whether by physical proximity or electronic means
  - trespassing, for example in a victim's dorm room
  - vandalism
  - direct physical and/or verbal threats against a victim or a victim's loved ones
  - gathering of information about a victim from family, friends, co-workers, and/or classmates
  - defamation or slander against the victim, for example by spreading rumors

15

WMS11736

# Intersections of stalking and other forms of harm

- Stalking behaviors often co-occur with physical and sexual violence
- Among stalking cases...
  - 24% involve property damage
  - 21% involve a direct physical attack on the victim
  - 15% involve an attack on another person or pet
    - Intimate partner stalkers are more likely to assault third parties than non-intimate stalkers

Sources: Stalking Victimization in the U.S., BJS (2009); *Criminal Behavior and Mental Health*, Sheridan and Davies (2001)

WMS11737

# Let's practice

- Directions
  - On your own
  - Write on a piece of paper

- Task
  - Write down your routine
  - When something has made you feel afraid, what words do you use to describe your feelings to other people?
  - How would your routine or life on campus change if you felt very afraid at points during the day?

## Williams

On your own:
1) Write down your routine—the things you do every day, or at the same time every week
2) when something has made you feel afraid, what words do you use to describe your feelings to other people?
3) How would your life on campus or routine change if you felt very afraid at points during the day?

17

WMS11738

Domestic Violence or Dating Violence

# UNDERSTANDING RELATIONSHIP ABUSE

**Williams**

18

On your own:
1) Write down your routine—the things you do every day, or at the same time every week
2) when something has made you feel afraid, what words do you use to describe your feelings to other people?
3) How would your life on campus or routine change if you felt very afraid at points during the day?

WMS11739

# WHAT ARE WE TALKING ABOUT?

**Williams**

Physical, Emotional/Psychological, Verbal, Sexual, Spiritual, Financial

WMS11740

# Let's practice

- Directions
  - Count off by 6s
  - Get into your groups
  - On chart paper with markers, brainstorm examples of that type of abuse

- Task
  - Group 1: Physical
  - Group 2: Emotional/Psychological
  - Group 3: Verbal
  - Group 4: Sexual
  - Group 5: Spiritual or Cultural
  - Group 6: Financial

## Williams

Key points: often relationship abuse exists across many domains

20

WMS11741



WMS11742

# Prevalence of Relationship Abuse: Colleges

- 21% of college students report having experienced dating violence by a current partner.

- 32% of college students report dating violence by a former partner.

WMS11743

# 2015 EPHCASA

Has this happened to you in your time at Williams?

- Been in a relationship that was controlling or abusive (physically, sexually, psychologically, emotionally, or financially)

WMS11744

# 2015 EPHCASA

| Experience | Female (N=758) | Male (N=579) | Trans/Non-Binary |
|---|---|---|---|
| Relationship abuse | 13%<br>(56% of those since<br>coming to Williams) | 10%<br>(56% of those since<br>coming to Williams) | 21.1%<br>(50% of those since<br>coming to Williams) |

24

WMS11745

# Williams-specific barriers to addressing relationship abuse

- "Williams student don't date"
- Relationships are all over this spectrum

Mutually respectful, affirming                    Abusive, violent



- Williams students are "too smart" for relationship abuse
  - Operates for both victimization and perpetration
- Our images of relationship abuse are gender-bound, class-bound, and culture-bound

WMS11746

# Williams Code of Conduct

- **Dating or Domestic Violence:** the use of physical force, coercion, manipulation, threats, intimidation, isolation, or other forms of physical, emotional, or sexual abuse toward a partner in a current or former personal, intimate relationship.

  - Directed primarily against a person who is or has been involved in a sexual, dating, domestic or other emotionally, romantically, and/or physically intimate relationship with the respondent
    - However, the abuse may be directed toward the family members, friends, pets, or property of the targeted partner.

  - Can encompass a broad range of behavior including, but not limited to:
    - coercive, abusive, or violent behaviors that are physical, sexual, psychological, verbal, economic, and/or emotional in nature. The behaviors generally form an ongoing pattern of behavior, although one severe instance of physical or sexual abuse may be sufficient to establish relationship abuse.

26

WMS11747

# SELF-CARE BREAK

**Williams**

WMS11748



WMS11749

# Williams Code of Conduct

- **Sexual Harassment**
  - Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when
    - Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, instruction, or participation in College activities
    - Submission to or rejection of such conduct by an individual is used as the basis for making academic, employment, or personnel decisions affecting that individual
    - Such conduct has the purpose or ***effect*** of unreasonably interfering with an individual's academic or employment performance by creating an intimidating or hostile educational or working environment

WMS11750

# Williams Code of Conduct

- **Sexual Assault**
  - **Non-consensual sexual intercourse:** any sexual penetration (anal, oral, or vaginal), however slight, with any body part or object, by any person upon any other person, without effective consent
  - **Non-consensual sexual contact:** any sexual touching, however slight, with any body part or object, by any person upon any other person, without effective consent

Code of conduct regarding sexual misconduct is both simpler in some ways and more complicated in others than the law.

-Requires active, specific and clearly expressed consent for all sexual activity.

- Forbids:

- Sexual contact without consent (sexual assault) and
- sexual exploitation (other sexual activity – for example filming, voyeurism, coercion via threatening to release explicit images).

The code does not differentiate between different manners of assault (forcible vs. via incapacitation) or weigh in on the intent of the perpetrator.

It also explicitly forbids retaliation for reporting of sexual misconduct.

30

WMS11751

# Williams Code of Conduct

- **Sexual exploitation**: occurs when a person takes nonconsensual, unjust, or abusive advantage of another, for their own advantage or benefit, or to benefit or advantage anyone other than the person being exploited

  – Examples could include: prostituting another person, nonconsensual recording of sexual activity, going beyond the boundaries of consent, engaging in voyeurism, knowingly transmitting HIV or other STIs, and inducing incapacitation with the intent to sexually assault another person

WMS11752

# Williams Code of Conduct

- Consent: at the time of the sexual contact, words *and* conduct indicate freely given approval or agreement, without coercion, by all participants in the sexual act
  - An individual is unable to give consent if they are:
    - Substantially physically or mentally impaired by drugs or alcohol
    - Forced or threatened
    - Physically incapable of resisting, asleep, or unconscious
- NOW. For THIS. With YOU.

32

WMS11753

# 2015 EPHCASA

Have you experienced any of the following while you've been a student at Williams?

- Someone touched, kissed, or rubbed up against the private areas of my body or removed some of my clothes, even though I didn't want them to

- Someone *tried to* perform oral sex on me, make me given them oral sex, sexually penetrate me, or make me sexually penetrate them even though I didn't want to

- Someone performed oral sex on me, made me given them oral sex, sexually penetrated me, or made me sexually penetrate them even though I didn't want to

33

WMS11754

# 2015 EPHCASA

| Experience | Female (N=774) | | Male (N=582) | | Trans/Non-Binary | |
|---|---|---|---|---|---|---|
| | Yes, once | More than once | Yes, once | More than once | Yes, once | More than once |
| Unwanted sexual touching | 23.3% | 14.3% | 8.4% | 4.0% | 5.3% | 26.3% |
| Unwanted penetration attempted | 15.0% | 6.4% | 5.1% | 2.1% | 0% | 10.6% |
| Unwanted sexual penetration completed | 9.2% | 3.4% | 3.7% | 1.5% | 0% | 5.3% |

34

WMS11755

# UNDERSTANDING HOW SEXUAL VIOLENCE HAPPENS

## Williams

WMS11756

# What does an offender look like?



WMS11757

# What the research says…

- A combination of factors
  - Individual risk and protective factors
  - Relationships with families and peers
  - Communities
  - Societal norms

37

WMS11758



WMS11759

# Impersonal Sex Pathway

- Characterized by
  - willingness and desire to engage in sexual relationships that lack emotional closeness
    - Sex is for physical gratification or social status linked to feelings of self-worth, not part of an intimate emotional relationship
  - a manipulative, non-committal, game-playing orientation toward sexual relationships
  - Sociosexuality
    - Sex at earlier ages
    - Sex at earlier stages of a relationship
    - Having >1 concurrent partner
    - Having many different partners

39

WMS11760

# Hostile masculinity pathway

- Combines two interrelated ideas: an insecure, defensive, hypersensitive, and hostile-distrustful orientation, especially toward women
  - Gratification from controlling or dominating women
- Both conscious and subconscious

40

40

WMS11761

# What we know...

- Offenders are intentional in their behavior

  - "Rape, especially acquaintance rape, occurs within a social context that requires the active selection and processing of information." (Knight, 2011)

  - Three classes of perception (Drieschner and Lange, 1999):

    - the tendency to over-perceive

      - friendly behavior as seductive and

      - assertive behavior as hostile.

    - a positivity bias that in ambiguous situations transforms negative, dismissive communication into encouragement; and

    - a general set to mistrust women's communications and to perceive them as hostile

41

WMS11762

# A question of intent?

- 4 pre-conditions model (Finkelhor)
  - Motivation (wanting to)
  - Internal inhibitors (conscience)
  - External inhibitors (opportunity)
  - Overcoming victim resistance (doing it and getting away with it)

WMS11763



WMS11764



UNDERSTANDING TRAUMA AND ITS IMPACT

Williams

44

WMS11765

# A brain during trauma...

◈ Relying on instinct
  ◈ Frozen fright
  ◈ Placating
◈ Dissociation
◈ Tunnel vision

WMS11766

# Trauma and Memory

**Non-traumatic memory**  **Traumatic memory**

 

WMS11767

# Impact of sexual violence

**Feelings**
- Confusion
- Embarrassment
- Fear
- Sadness
- Vulnerability
- Anger
- Anxiety
- Numbness
- Guilt
- Confusion
- Denial
- Disbelief
- Loss of control
- Others

**Behaviors**
- Isolation
- Distrust
- High startle response
- Flashbacks
- Nightmares
- Change in eating or sleeping patterns
- Others

**Thoughts**
- Safety concerns
- Self-Blame
- Denial
- Intrusive thoughts
- Overwhelmed

47

WMS11768



SPECIAL CONSIDERATIONS ABOUT IDENTITY

Williams                                                     48

WMS11769

# Identity



The importance of examining bias

WMS11770

# Our cultures (family, institution, societal) teach us:

- Who perpetrates
- Who is victimized
- Who is credible
- Who has future potential and whose past is suspect

WMS11771

# HOW DOES ALCOHOL FIT INTO THIS?

Williams

51

WMS11772

# Understanding the Role of Alcohol



52

WMS11773

# LET'S PRACTICE

## Williams

Spectrum activity

WMS11774

# Explaining the connection

- Possibility 1: Alcohol plays a causal role in some sexual assaults
  - Pharmacological effects
    - Impairs inhibitory controls
    - Impairs ability to integrate multiple sources of info
    - Disrupts "executive" brain function
  - Psychological beliefs
    - About the effect of alcohol on sexuality and aggression
    - About the vulnerability of people who are drinking

WMS11775

# Explaining the connection

- Possibility 2: The desire to commit assault plays a causal role in the decision to consume alcohol
  - Intoxication provides an excuse for engaging in socially disapproved behaviors, especially for men (George, Stoner, Norris, et al. 2000)

WMS11776

# Explaining the connection

- Possibility 3: The relationship is due to other factors that are the cause of both sexual assault and alcohol consumption
  - An international study of 38 sites and 7,921 college students (Hines and Strauss, 2007):
    - Assessed binge drinking, antisocial traits, and partner violence
    - Antisocial traits *fully mediated* the link between binge drinking and violence

56

WMS11777

# Substantial impairment

- Means the individual lacks the ability to make informed, rational judgments and/or to coherently communicate those judgments
  - Signs: slurred speech, vomiting, unsteady gait, combativeness, unusual emotional volatility
- **If a panel determines a complainant was substantially impaired, issues of consent are moot**
- Can also apply to illness, not just substance use

Mention medical amnesty policy: Under this policy, if an individual reports or seeks care for an incident of sexual misconduct during which they consumed alcohol or drugs, they will not be subject to disciplinary action regarding the substance use

Applies whether their own experience or observing someone else's

WMS11778



WMS11779



SELF-CARE

Williams

WMS11780

# Self-care is

- Understanding secondary trauma
  - Experiencing some of the same effects as surviors experience: intrusive thoughts, strong emotions, anxiety, mistrust, numbness
- Essential to your wellness in this work and in life

WMS11781



CONFIDENTIALITY

Williams

WMS11782

# Confidentiality

- Documents
  - All paper, secured when panel is not meeting
- Conversation
  - Deliberations are in person in private spaces-DO NOT discuss cases in public
  - Small community → Little anonymity

WMS11783

# Seeking support while preserving confidentiality

| What I'm seeking support for | Who I can seek it from | What I can say |
|---|---|---|
| Specific details of the case | Meg, Marlene, Toya | "I am struggling with [specific aspect of case]" |
| My own reactions | Supervisor, partner, friend, therapist, clergy | "I **feel** really sad/angry/frustrated about what I heard today."<br><br>"This panel work is making me think differently about [Williams/parenting/my own perspectives]."<br><br>"I had to make some difficult decisions today and it's really weighing on me." |

WMS11784



PROCESS OVERVIEW

Williams

WMS11785

# Accountability

- College disciplinary process
  - Investigation by a trained outside investigator
  - Adjudication by a trained panel
    - Preponderance of evidence
    - College code
  - Support
    - Williams Sexual Assault Survivor Services (SASS), local rape crisis center
- Legal process
  - Investigation by local police, district attorney's office
  - Adjudication by a jury (if DA decides to bring case)
    - Beyond a reasonable doubt
    - MA law
  - Support
    - Victim witness advocates, local rape crisis center, Williams SASS

65

WMS11786



WMS11787

Dean's office Investigation Process

Investigator speaks with complainant, respondent, witnesses

Investigator creates report summarizing findings of fact

Report reviewed by Title IX officer, complainant, respondent

Hearing panel of trained staff assembled

Panel determines whether there is preponderance of evidence showing violation of the code of conduct, conveys decision and reasons

If no, then case ends

If yes, complainant and respondent may speak to panel briefly before sanctioning

Appeal – only in case of new evidence or significant procedural issue

Panel determines sanction, conveys outcome

Case ends

WMS11788

# Retaliation is Prohibited

- **Retaliation:** harmful action taken against someone who has filed a complaint, provided testimony, or in some other way participated in a disciplinary investigation or process.
  - Can also include actions taken against someone who has intervened as a bystander to stop or attempt to stop harassment, discrimination, or misconduct.
  - Can include intimidating, threatening, coercing, or discriminating against and individual because of their participation in a disciplinary process, or because they opposed behavior that was in violation of the Code of Conduct
  - If the actions directed at that person would deter a reasonable person in the same circumstances from reporting misconduct, participating in a disciplinary process, or opposing behavior that is a violation, it is deemed retaliatory.

WMS11789



In order to do this work well, it's crucial for us to do the best we can to actively understand what's happening with sexual assault on the campus. This is one of the places that the national conversation is helpful to us. ... asking the question, tracking the answers.

WMS11790



WMS11791

# Preponderance of the evidence

- **Standard required by federal law (Title IX)**
- Used in most civil cases, as well as grand jury indictments
- The standard is met if the proposition is more likely than not to be true
  - Based on the more-convincing evidence and its probable truth or accuracy, not the amount of evidence

71



# WHAT DO YOU NEED TO KNOW
# TO MAKE A DECISION?

## Williams

WMS11793

# Reaching a finding-Sexual Misconduct

- What section(s) of the conduct policy apply?
  - Separating non-consensual sexual intercourse from other non-consensual sexual contact
    - Was there penetration, however slight?
    - If so, which orifice(s) and with what body part(s) or object(s)?

  - Separating contact-based conduct from non-contact (exploitation, retaliation, verbal conduct that falls under the sexual harassment policy)

73

WMS11794

# Reaching a finding-Sexual Misconduct

- From the respondent
  - What information did the respondent have about whether the complainant was consenting to sexual activity?
  - Would a reasonable person conclude from this same information that the complainant was consenting?
  - If not, what might the respondent have said or done to gain more information about whether the complainant was consenting? Why didn't they do or say those things?

WMS11795

# Reaching a finding-Sexual Misconduct

- Did the complainant feel able to stop the respondent's behavior or leave the room and seek help? If not, what was preventing this?
- What was the complainant's reaction to the respondent's behavior?
- How do they describe their feelings and why they didn't leave or stop the behavior?
- Would a reasonable person understand the complainant's reactions?

Note on point 1: not the responsibility of the complainant to "fight off" the respondent, rather, this gives the panel some insight into what the complainant's experience of the respondent's behavior was. If the respondent says they thought they had consent because the complainant stayed in the room and didn't leave, but the complainant says that the respondent blocked them from leaving the room by standing between them and the door, that is an important insight.

75

WMS11796

# Reaching a finding-DV

- Nature of the relationship is already established
- Evidence of abusive behavior
  - Examples include photos of injuries, treatment records for injuries, witness statements
  - Electronic evidence (texts, emails, social media postings, voicemails), witness statements
- Fear of future physical harm
  - The role of emotional/psychological abuse

WMS11797

# Specific Person; Reasonable Person

- Who is affected by an offender's actions?
  - Victim
  - Friends
  - Roommates/Suitemates
  - Family
  - Co-workers

- Reasonable person?
  - Anyone who might be in a similar circumstance that would feel afraid because of the offender's actions

WMS11798

# Understanding Stalking: Fear

- Something may be frightening for the victim but not to you
- Stalking behaviors often have specific meaning that is only understood between offender and victim
- Formal stalking policies enable us to consider behaviors holistically

Behaviors as a whole: individual behaviors are not, in and of themselves, conduct violations or crimes (calling/texting someone, saying hello in public space, etc.)

78

# Reaching a finding-stalking

- Is there a pattern of behavior?
- At whom is the behavior directed?
  - The complainant *and/or* supporters of the complainant (roommates, teammates, etc.)
- Did the behavior cause the complainant to feel fear?
  - How do you know?

WMS11800

# Reaching a finding: retaliation

- Whose behavior?
  - A respondent accused of other types of misconduct
  - A third party
    - Doesn't necessarily have to be acting on behalf of the accused individual
- Who is the target?
  - A complainant who has brought forward a complaint of other types of misconduct
  - A "person opposed to conduct forbidden in our policies"—this could be a witness in a case, a whistleblower, an advocate, etc.

WMS11801

# Reaching a finding: retaliation

- Actions taken
  - Against someone who has filed a complaint, provided testimony, or in some other way participated in an investigation or process
    - Can also include someone who has intervened as a bystander to stop or attempt to stop harassment, discrimination, misconduct
  - Intimidating, threatening, coercing, or discriminating against an individual because of their conduct or participation
- Impact
  - If the action would deter a reasonable person in the same circumstances from opposing prohibited practices, it is deemed retaliatory
  - *Not dependent on outcome of processes*

WMS11802

LET'S PRACTICE

Williams

WMS11803



SANCTIONING

Williams

WMS11804

# Purposes of sanctioning

- To punish the behavior of the offender
- To provide redress to the victim and/or community
- To announce the community's values re: the behavior

WMS11805



Consistency: The same behaviors yield approximately the same sanctions each time.
Flexibility: Able to respond to the unique circumstances of each case.

WMS11806

# Factors to take into account

- The nature, frequency, and duration of the violent or threatening behaviors
- The extent of harm caused
- The impact of the behavior on others in the community
- The responding student's previous disciplinary record

WMS11807

# Factors to take into account

- Broad, deep impact
  - Physical safety of other members of the community
  - Substantially diminishes access of other students to educational resources at Williams
- Likelihood of escalation to significant violence
  - Up to and including sexual violence, homicide and homicide/suicide

WMS11808

# What can sanctions include?

- Separation from the college
  - Suspension (temporary) or expulsion (permanent)
- For sexual misconduct:
  - Assessment and treatment by a mental health professional experienced in treating adolescents with sexual behavior problems
- For dating/domestic violence:
  - Completion of a batterer intervention program (*not* anger management)

WMS11809

# Returning to the community

- Behavioral contract
- Circles of support and accountability

WMS11810

# Closing

- Your name
- One moment of hope or confidence in the day
- Your self-care plan for the evening



90

WMS11811