# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action 20-30024 |
| WILLIAMS COLLEGE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## **PLAINTIFF'S UNOPPOSED MOTION TO PROCEED UNDER A PSEUDONYM**

Plaintiff John Doe ("Plaintiff"), by and through his attorneys, hereby seeks authorization to proceed under a pseudonym in the above-captioned case, and not to have his true name used in the public record. As grounds for this motion, Plaintiff relies on the attached Memorandum of Law. Undersigned counsel have conferred with counsel for Defendant, who does not oppose this motion provided that the complainant in the underlying campus disciplinary matter is also referred to under a pseudonym (which Plaintiff has done).

Date: February 18, 2020

                                      Respectfully submitted,

                                      /s/David A. Russcol_____
Ruth O'Meara-Costello (BBO No. 667566)
David A. Russcol (BBO No. 670768)
ZALKIND DUNCAN & BERNSTEIN LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020 (telephone)
(617) 742-3269 (fax)
rcostello@zalkindlaw.com
drusscol@zalkindlaw.com
*Attorneys for Plaintiff John Doe*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document has been served on all counsel of record through the ECF system on the above date. In addition, I have caused copies of the foregoing document to be served on Daryl Lapp, Esq., on behalf of the Defendant, by email and U.S. mail on the above date.

                                              /s/David A. Russcol