UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 3:20-cv-30024 |
| v. | ) |
| WILLIAMS COLLEGE, | ) |
| Defendant. | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Williams College, the formal name of which is The President and Trustees of Williams College, is a non-profit educational corporation which is not a subsidiary of any other corporation and has no stock.

WILLIAMS COLLEGE,

/s/Elizabeth H. Kelly
Daryl J. Lapp (BBO No. 554980)
   daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
   liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
617.230.0100

### Certificate of Service

I certify that on March 6, 2020, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Elizabeth H. Kelly
Elizabeth H. Kelly

82569532v.1