UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff<br><br>   v.<br><br>WILLIAMS COLLEGE,<br><br>        Defendant | No. 3:20-cv-30024 |

**CERTIFICATION OF WILLIAMS COLLEGE PURSUANT TO LOCAL RULE 16.1**

The undersigned are an authorized representative of Williams College and its lead counsel in this case.  They certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                          WILLIAMS COLLEGE

/s/ Jamie Art                                      /s/ Daryl J. Lapp
_____   _____
General Counsel                              Daryl J. Lapp (BBO# 554980)
Williams College                              daryl.lapp@lockelord.com
                                                     Elizabeth H. Kelly (BBO# 672277)
                                                       liz.kelly@lockelord.com
                                                       LOCKE LORD LLP
                                                       111 Huntington Avenue
                                                       Boston, MA  02199
                                                       (617) 239-0174

May 25, 2020

82857555v.1

**Certificate of Service**

      I certify that on May 25, 2020, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                    /s/ Elizabeth H. Kelly
                                    Elizabeth H. Kelly