UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,   )<br>  )<br>    Plaintiff   )<br>  )<br>v.   )<br>  )<br>  )<br>WILLIAMS COLLEGE,   )<br>  )<br>    Defendant.   )<br>  )<br>  ) | Civil Action No. 20-30024 |

CERTIFICATION OF JOHN DOE PURSUANT TO LOCAL RULE 16.1

The undersigned are the Plaintiff and his lead counsel in this case. They certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

/s/ John Doe   /s/ Ruth O'Meara-Costello
John Doe   Ruth O'Meara-Costello (BBO #667566)
  Zalkind Duncan & Bernstein LLP
  65A Atlantic Avenue
  Boston, MA 02110
  (617) 742-6020
  rcostello@zalkindlaw.com

Dated: May 27, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on May 27, 2020.

/s/ Ruth O'Meara-Costello
Ruth O'Meara-Costello