UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff<br><br>      v.<br><br>WILLIAMS COLLEGE,<br><br>           Defendant | No. 3:20-cv-30024 |

**JOINT MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), the Plaintiff John Doe and the Defendant Williams College jointly request that the Court enter the attached Proposed Protective Order governing the designation, use, and disclosure of Confidential Information in this litigation.

| | |
|---|---|
| Respectfully submitted,<br>WILLIAMS COLLEGE<br>By its attorneys, | Respectfully submitted,<br>JOHN DOE,<br>By his attorneys, |
| /s/Elizabeth H. Kelly | /s/Ruth O'Meara-Costello |
| Daryl J. Lapp (BBO No. 554980)<br>daryl.lapp@lockelord.com<br>Elizabeth H. Kelly (BBO No. 672277)<br>liz.kelly@lockelord.com<br>LOCKE LORD LLP<br>111 Huntington Avenue<br>Boston, MA  02199<br>617.230.0100 | Ruth O'Meara-Costello (BBO #667566)<br>David A. Russcol (BBO #670768)<br>Zalkind Duncan & Bernstein LLP<br>65A Atlantic Avenue<br>Boston, MA 02110<br>Tel: (617) 742-6020<br>Fax: (617) 742-3269<br>rcostello@zalkindlaw.com<br>drusscol@zalkindlaw.com |
| May 29, 2020<br>Date | May 29, 2020<br>Date |

**Certificate of Service**

     I certify that on May 29, 2020, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                                    /s/ Elizabeth H. Kelly
                                                    Elizabeth H. Kelly

82988810v.1