UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>        Plaintiff<br>v.<br>WILLIAMS COLLEGE,<br>        Defendant | No. 3:20-cv-30024-KAR<br>**Hearing Scheduled – October 27, 2021** |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff, "John Doe," enrolled at Williams College prior to 2016. Thereafter, a female student, "Sally Smith," accused Doe of kissing and touching her without her consent on two occasions. Following an investigation, a hearing panel found that the evidence did not support a finding of misconduct on the first occasion, but did support a finding of sexual contact without consent on the second occasion. Doe was suspended for one semester. He returned to the College, resumed his strong academic performance, and graduated.

Doe then filed this lawsuit. He alleges that the College, in finding him responsible for non-consensual sexual contact, violated its contractual obligations to him (Counts I and II of the Complaint) and discriminated against him based on his gender in violation of Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681-88 (Count III).

Pursuant to Fed. R. Civ. P. 56, the College moves for summary judgment in its favor on all counts of Doe's Complaint. The undisputed facts demonstrate that the conduct process was conducted with basic fairness and the College followed its procedures as it reasonably would expect Doe to understand them. In addition, Doe has failed to adduce any evidence to support his claims of bias in the handling of his case.

In support of its motion, the College submits the accompanying Memorandum of Law, Statement of Material Facts, and Appendix.

WILLIAMS COLLEGE

/s/Elizabeth H. Kelly
Daryl J. Lapp
   daryl.lapp@lockelord.com
Elizabeth H. Kelly
   liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
617.230.0100

August 13, 2021

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Counsel have conferred in good faith but without success in an effort to resolve or narrow the issues presented in this motion.

## CERTIFICATE OF SERVICE

This document was served electronically upon all counsel of record by filing through the ECF system on August 13, 2021.

/s/ Elizabeth H. Kelly
Elizabeth H. Kelly

93761166v.3