UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action 20-30024-KAR |
| WILLIAMS COLLEGE, | ) ) ) | |
| Defendant. | ) ) ) ) | |

**PLAINTIFF'S MOTION TO CERTIFY QUESTIONS OF LAW TO THE MASSACHUSETTS SUPREME JUDICIAL COURT**

Plaintiff John Doe ("Plaintiff"), by and through his attorneys, hereby requests that this Honorable Court certify one or more of the following questions of law to the Massachusetts Supreme Judicial Court pursuant to Supreme Judicial Court Rule 1:03:

1. Where a university student is accused of sexual misconduct and the resolution of the allegations requires determination of the credibility of the complainant, respondent, and/or witnesses, does "basic fairness" in a campus disciplinary proceeding, *see Schaer v. Brandeis Univ.*, 432 Mass. 474, 481 (2000), require that those making credibility judgments have an opportunity to question relevant individuals personally rather than judging credibility solely on a written record?

2. Does "basic fairness" require that a university comply with all applicable federal and state laws and regulations in adjudicating disciplinary complaints of sexual misconduct?

3. What requirements does the obligation of "basic fairness" impose on university disciplinary proceedings beyond compliance with established processes and procedures?

4. Has the Defendant demonstrated an absence of genuine disputes of material fact concerning Counts I and II of the Complaint to the extent they are based on a violation of "basic fairness?"

As reason therefor, Plaintiff relies upon the accompanying Memorandum of Law.

WHEREFORE the Plaintiff respectfully requests that this Honorable Court certify questions of law to the Supreme Judicial Court substantially as set forth above; and grant such other and further relief as the Court deems just and proper.

Date: September 30, 2021

        Respectfully submitted,

/s/David A. Russcol_____
Ruth O'Meara-Costello (BBO No. 667566)
David A. Russcol (BBO No. 670768)
ZALKIND DUNCAN & BERNSTEIN LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020 (telephone)
(617) 742-3269 (fax)
rcostello@zalkindlaw.com
drusscol@zalkindlaw.com
*Attorneys for Plaintiff John Doe*

## LOCAL RULE 7.1 CERTIFICATION

I, David A. Russcol, hereby certify that counsel for the Plaintiff have conferred with counsel for the Defendant in an effort to narrow or resolve the issues contained herein.

/s/David A. Russcol_____

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on all counsel of record through the ECF system on the above date.

/s/David A. Russcol_____