UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN DOE, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action 20-30024-KAR |
| WILLIAMS COLLEGE, | ) ) ) | |
| Defendant. | ) ) | |

# PLAINTIFF JOHN DOE'S APPENDIX IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## Table of Contents

Exhibit A:     Declaration of David A. Russcol

Tab 39:     Deposition of John Doe (16, 19, 24-25, 67-69, 70-71, 71-73, 77-80, 80-81, 82, 82-87, 88-89, 89-91, 97-108, 105, 109, 110, 112-113, 114, 114-115, 127, 131, 133, 171, 181-182, 184-185)

Tab 40:     January 18, 2017 email chain between Dean Sandstrom and Doe regarding meeting to discuss the ongoing situation (Doe Dep. Ex. 6)

Tab 41:     April 8, 2017 email chain between Dean Sandstrom and Doe regarding meeting to discuss an allegation of misconduct (Doe Dep. Ex. 9)

Tab 42:     Deposition of Marlene Sandstrom (12, 12-14, 13, 19, 22, 31-34, 33-34, 35-36, 37, 46-53, 53-54, 60-61, 63, 65-66, 70, 70-72, 71-75, 77-78, 80-81, 84-85, 85-86, 91-93, 94-96, 95-96, 99, 106, 107, 108, 110, 111, 129-133, 130-131, 131-132,)

Tab 43:     Williams College Annual Security and Fire Safety Report 2016-2017, published October 2016 (Sandstrom Dep. Ex. 1)

Tab 44:     Deposition of Meagan E. Bossong (12, 13-14, 16, 17, 27-28, 39, 48, 55, 55-56, 59, 78, 81-82, 87, 91, 93, 100-101, 104, 126, 130-132, 139)

Tab 45:     Final Investigative Report, August 1, 2017 (Koralesky Dep. Ex. 2) (FILED UNDER SEAL)

Tab 46:  Doe Investigator Interview Transcripts (WC-002587 to WC-002660) (FILED UNDER SEAL)

Tab 47:  June 29, 2017, email chain between Allyson Kurker, Marlene Sandstrom, & Toya Camacho regarding the Draft Investigative Report (Sandstrom Dep. Ex. 9) (FILED UNDER SEAL)

Tab 48:  June 29, 2017 to June 30, 2017 email chain between Allyson Kurker, Marlene Sandstrom, & Toya Camacho regarding the Draft Investigative Report (Sandstrom Dep. Ex. 10)

Tab 49:  January 19, 2017 Witness A Facebook messages, and January 12, 2017 to March 4, 2017 Witness A text messages (Sandstrom Dep. Ex. 11) (FILED UNDER SEAL)

Tab 50:  July 26, 2017 to August 1 2017 email chain between Marlene Sandstrom and Doe et al. Regarding Draft Investigative Report (Sandstrom Dep. Ex. 15)

Tab 51:  August 2, 2017 email and attachment from Marlene Sandstrom to Doe & Toya Camacho enclosing Smith response to Investigative Report (Doe Dep. Ex. 24) (FILED UNDER SEAL)

Tab 52:  July 3, 2017 email thread between Allyson Kurker and Marlene Sandstrom, et al. regarding policy explanation in report (WC001835)

Tab 53:  August 1, 2017 Doe's Response to Investigative Report (Menard Dep. Ex. 4) (FILED UNDER SEAL)

Tab 54:  Smith Investigator Interview Transcripts (WC-002962 to WC-003070) (FILED UNDER SEAL)

Tab 55:  Deposition of Christine Menard (22-24, 25-27, 34, 34-35, 41, 48, 49, 53, 56)

Tab 56:  Sexual Misconduct, Dating/Domestic Violence, and Stalking Discipline Process Outline (Doe Dep. Ex. 12) (DOE-WC000026 – DOE-WC000027)

Tab 57:  Frank Video (Bossong Dep. Ex. 6) (FILED WITH CLERK'S OFFICE)

Tab 58:  December 2015 research paper by Swartout et al. concerning Trajectory Analysis of the Campus Serial Rapist Assumption (Bossong Dep. Ex. 5)

Tab 59:  Report of Investigation of Sexual Misconduct Olivia Benson '16 Against Tom Riddle '16 (Bossong Dep. Vol. II. Ex. 12)

Tab 60:  Williams College Sexual Misconduct Investigation Process power point outline (WC-006857-76)

Tab 61:  Deposition of Barron Koralesky (22, 43, 45-46, 50, 51)

Tab 62:  August 22, 2017 to August 23, 2017 email thread between Marlene Sandstrom & Barron Koralesky, et al. regarding Finding Letter (Sandstrom Dep. Ex. 16)

Tab 63:	September 15, 2017 to September 16, 2017 forwarded email and email between Marlene Sandstrom and Leticia Haynes, et al. regarding Doe's Appeal (Sandstrom Dep. Ex. 17)

Tab 64:	Background relevant to Doe Appeal document (Sandstrom Dep. Ex. 19) (FILED UNDER SEAL)

Tab 65:	October 11, 2017 email and attachment from Leticia Haynes to Marlene Sandstrom, et al. regarding Doe's Appeal (Sandstrom Dep. Ex. 20)

Tab 66:	Documents Produced by Defendant in Response to Plaintiff's Requests for Production of Documents 39-41 (WC-006921, WC006901, WC-006905, WC006913, WC006914, WC006919)

Tab 67:	Deposition of Meagan Bossong Vol. II (11, 5-12, 12)

Tab 68:	May 3, 2017 to May 4, 2017 email chain between Doe and Marlene Sandstrom, et al. regarding requests (Sandstrom Dep. Ex. 8)

Tab 69:	August 2, 2017 to August 3, 2017 email chain between Marlene Sandstrom and Donna Denelli-Hess regarding Smith (WC003268)

Tab 70:	Plaintiff's Second Request for Production of Documents

Tab 71:	March 4, 2017 email chain Marlene Sandstrom and Meagan Bossong regarding touching base (Sandstrom Dep. Ex. 4) (FILED UNDER SEAL)

Tab 72:	Williams College's Responses to Plaintiff's Second Request for Production of Documents

Tab 73:	Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories

Tab 74:	April 10, 2017 email from Marlene Sandstrom to Sally Smith, et al. regarding process update (WC-005332)

Tab 75:	Declaration of John Doe

Tab 76:	OMITTED

Tab 77:	May 7, 2017 email chain between Allyson Kurker and a student regarding scheduling a call (WC-001182-83)

Tab 78:	May 18, 2017 email chain between Marlene Sandstrom and Allyson Kurker regarding additional witnesses (WC-004449)

Tab 79:	May 7, 2017 to May 10, 2017 email chain between Allyson Kurker and a student regarding scheduling a call (WC-001186)

Tab 80:	May 1, 2017 email chain between Cyndi Haley, Allyson Kurker, and a student regarding a request from the Dean's office (WC-001047)

Date: September 30, 2021